**Order entered September 7, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00251-CR
## No. 05-21-00252-CR
## No. 05-21-00253-CR

**ERIC CALVIN TUAZON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80963-2020**

## ORDER

Before the Court is appellant's August 30, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by September 30, 2021.

/s/     LANA MYERS
          JUSTICE